In the Matter of BANK OF MANHATTAN TRUST COMPANY, as Administrator with the Will Annexed of the Estate of HELENA SCHEURMANN, Deceased, Appellant, against ARTHUR J. W. HILLY, as Corporation Counsel of the City of New York.

PAUL WINDELS, Corporation Counsel, Respondent.

(Submitted March 16, 1936; decided March 20, 1936.)

*Paul Windels, Corporation Counsel (Joseph F. Mulqueen, Jr., of counsel), for motion.*

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.